(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court District of Connecticut | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Homesteads Community at Newtown, LLC** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): $839.00 | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): **06-1558130** #262388 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **497 Three Corners Road Guilford, CT 06437** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **04-30417** |
| County of Residence or of the Principal Place of Business: **New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): **12 Pocono Road, Newtown, CT 06470** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☒ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☒ Business | ☒ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☒ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☒ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☒ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

**(Official Form 1) (12/02)**                                                    **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Homesteads Community at Newtown, LL** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
Signature of Debtor

X   **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X
Signature of Attorney for Debtor(s)

**Patrick W. Boatman,  ct05336**
Printed Name of Attorney for Debtor(s) / Bar No.

**Boatman, Boscarino, Grasso & Twachtman**
Firm Name

**628 Hebron Avenue, Building 3  Glastonbury, CT 06033**
Address

**860-659-5657**
Telephone Number

2 - 2 — 04
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Linda K Silberstein*
Signature of Authorized Individual

**Linda Silberstein**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

2/2/04
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **Not Applicable**
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## United States Bankruptcy Court
## District of Connecticut

In re: Homesteads Community at Newtown, LLC        Case No. _____
    06-1558130        Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, declare under penalty of perjury that I am a Member of Homesteads Community at Newtown, LLC, a limited liability company and that on the following resolution was duly adopted by the Member of this limited liability company;

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Linda Silberstein, Member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of Chapter 11 voluntary bankruptcy case on behalf of the limited liability company and

Be It Further Resolved, that Linda Silberstein, Member of this limited liability company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case; and

Be It Further Resolved, the Linda Silberstein, Member of this limited liability company is authorized and directed to employ Patrick W. Boatman, attorney and the law firm of Boatman, Boscarino, Grasso & Twachtman to represent the limited liability company in such bankruptcy case."

Executed on:   2-2-04                Signed: _Linda K Silberstein_

Form B4
(11/92)

# United States Bankruptcy Court
## District of Connecticut

In re:   **Homesteads Community at Newtown, LL**
         **06-1558130**

Case No.

Chapter   **11**

# List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Greenwich Insurance Company** 96 Cummings Point Road Stamford, CT 06902 | **Thomas Sansone, Esq.** (203) 777-5501 Carmody & Torrance 195 Church Street, P.O. Box 1950 New Haven, CT 06509 | **Accomodation party** | DISPUTED | $1,400,000.00 **SECURED VALUE:** $4,275,000.00 |
| **Konover Construction Corporation** 16 Munson Road Farmington, CT 06032 | **Robert Dunn** **Konover Construction Corporation** 16 Munson Road Farmington, CT 06032 | **Lien for work** | DISPUTED | $1,290,606.00 **SECURED VALUE:** $4,275,000.00 |
| **New Haven Mortgage Refinance LLC** 1621 State Street New Haven, CT 06511 | **New Haven Mortgage Refinance LLC** 1621 State Street New Haven, CT 06511 | | DISPUTED | $1,259,514.00 **SECURED VALUE:** $4,275,000.00 |
| **Andrews Construction Company, Inc.** 5 Eversley Avenue Norwalk, CT 06851 | **Robert Genuario** (203) 849-9292 Genuario & Conover 94 East Ave. P.O. Box 2044 Norwalk, CT 06852 | **Claim for services** | DISPUTED | $561,941.00 |
| **United Water Connecticut Inc.** 110 Kent Road New Milford, CT 06776 | **United Water Connecticut Inc.** 110 Kent Road New Milford, CT 06776 | | DISPUTED | $194,567.59 **SECURED VALUE:** $4,275,000.00 |
| **Alfred Chiulli & Sons, Inc.** 45 Evans Rd. Rocky Hill CT 06067 | **Alfred Chiulli** **Alfred Chiulli & Sons, Inc.** 45 Evans Rd. Rocky Hill CT 06067 | **Contractor services** | DISPUTED | $191,389.50 |

Form 4 - Page 1

Form B4
(11/92)

In re:  **Homesteads Community at Newtown, LL**
**06-1558130**

Case No.

Chapter  11

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Connecticut Business Credit Inc. 388 East Main Street Branford, CT 06405 | Eric R. Gaynor (203) 878-0661 300 Bic Drive Milford, CT 06460 | Claim for services | DISPUTED | $110,000.00 SECURED VALUE: $4,275,000.00 |
| Connecticut Business Credit Inc. 1110 Boston Post Rd. Guilford, CT 06437 | Kevin Tierney (203) 453-7560 Connecticut Business Credit Inc. 1110 Boston Post Rd. Guilford, CT 06437 | Claim for services | DISPUTED | $94,000.00 |
| Allstate Interiors Inc. 1195 Route 208 Monroe, NY 10950 | Mark Balaban, Esq. (860) 347-9706 425 Main Street, #1 Middletown, CT 06457 | Lien for work | DISPUTED | $68,544.50 SECURED VALUE: $4,275,000.00 |
| SNET Co. 310 Orange Street New Haven, CT 06510 | Richard Callahan (203) 498-8100 45 Court St. New Haven, CT 06511 | Judgment | | $29,961.37 |
| Lamar Corp. 1050 Broad Street Suite 403 Bridgeport, CT 06604 | Catherine H. Freeman (203) 366-3939 855 Main St. Bridgeport, VT 06604 | Judgment | | $24,585.40 |
| Milone & MacBroom Inc. 716 South Street Cheshire, CT 06410 | Don Milone Milone & MacBroom Inc. 716 South Street Cheshire, CT 06410 | Surveying work | DISPUTED | $17,904.51 |
| R. Mathison Floors LLC 133 South Main Street Newtown, CT 06470 | R. Mathison (203) 426-0778 R. Mathison Floors LLC 133 South Main Street Newtown, CT 06470 | Flooring in condos | DISPUTED | $9,000.00 |

Form 4 - Page 2

Form B4
(11/92)

In re:    **Homesteads Community at Newtown, LL**
**06-1558130**

Case No.

Chapter    **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

I, Linda Silberstein, Member of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3-2-04

Signature: *Linda K Silberstein*

**Linda Silberstein**
**Member**

Form 4 - Page 3

FORM B6A
(6/90)

In re: __Homesteads Community at Newtown, LL_____    Case No. _____
          Debtor                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 50.8 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT | Fee Owner | | $4,275,000.00 | $10,908,826.55 |
| | Total ➤ | | $4,275,000.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **Homesteads Community at Newtown,**
**LL**                              Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

FORM B6B
(10/89)

In re   **Homesteads Community at Newtown,**
        **LL**                          Debtor                                    Case No.

                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

FORM B6B
(10/89)

In re  **Homesteads Community at Newtown,**                                    Case No. _____
       **LL**                    Debtor                                                        (If known)

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

   _2_   continuation sheets attached          Total  ⬀      $      0.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6D
(6/90)

In re: __Homesteads Community at Newtown, LL_____   Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Lien for work on adi<br><br>Allstate Interiors Inc.<br>1195 Route 208<br>Monroe, NY 10950<br><br><br>Mark Balaban, Esquire<br>425 Main St. #1<br>Middletown, CT 06457 | | | 05/24/2001<br>Statutory Lien<br>50 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT<br><br>VALUE $4,275,000.00 | | | X | 68,544.50 | 68,544.50 |
| ACCOUNT NO.   Claim for services I<br><br>Connecticut Business Credit Inc.<br>388 East Main Street<br>Branford, CT 06405<br><br><br>Eric R. Gaynor<br>300 Bic Drive<br>Milford, CT 06460 | | | 7/6/01<br>Statutory Lien<br>50 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT<br><br>VALUE $4,275,000.00 | | | X | 110,000.00 | 110,000.00 |
| ACCOUNT NO.   Accomodation Party f<br><br>Greenwich Insurance Company<br>96 Cummings Point Road<br>Stamford, CT 06902<br><br><br>Thomas Sansone, Esquire<br>Carmody & Torrance<br>195 Church St., P.O. Box 1950<br>New Haven, CT 06509 | | | 10/9/01<br>Mortgage<br>50 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT<br><br>VALUE $4,275,000.00 | | | X | 1,400,000.00 | 1,400,000.00 |
| ACCOUNT NO.   Mechanics Lien<br><br>Konover Construction Corporation<br>16 Munson Road<br>Farmington, CT 06032<br><br><br>Marybeth McPadden, Esq.<br>Shipman & Goodwin<br>300 Atlantic Avenue<br>Stamford, CT 06901 | | | 3/16/01<br>Statutory Lien<br>50 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT<br><br>VALUE $4,275,000.00 | | | X | 1,290,606.00 | 1,290,606.00 |

__1__ Continuation sheets attached

| | |
|---|---|
| Subtotal ⟩<br>(Total of this page) | $2,869,150.50 |
| Total ⟩<br>(Use only on last page) | |

(Report total also on Summary of Schedules)

FORM B6D
(6/90)

In re:  **Homesteads Community at Newtown, LL**                                          Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     Surveying Work<br>**Milone & MacBroom Inc.**<br>**716 South Main Street**<br>**Cheshire, CT 06410** | | | **12/13/03**<br>**Statutory Lien**<br>**50 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT**<br><br>VALUE **$4,275,000.00** | | | X | 17,904.51 | 0.00 |
| ACCOUNT NO.     2nd Mortgage<br>**New Haven Mortgage Refinance LLC**<br>**1621 State Street**<br>**New Haven, CT 06511** | | | **3/20/00**<br>**Mortgage**<br>**50 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT**<br><br>VALUE **$4,275,000.00** | | | X | 5,322,042.00 | 1,259,514.00 |
| ACCOUNT NO.     Mechanics Lien<br>**United Water Connecticut Inc.**<br>**110 Kent Road**<br>**New Milford, CT 06776** | | | **12/6/01**<br>**Statutory Lien**<br>**50 Acres of Land with Partially completed Condominiums at 12 Pocono Road, Newtown, CT**<br><br>VALUE **$4,275,000.00** | | | X | 194,567.59 | 194,567.59 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)          **$5,534,514.10**

Total ➤
(Use only on last page)        **$8,403,664.60**

(Report total also on Summary of Schedules)

B6E
(Rev. 4/98)

In re: **Homesteads Community at Newtown, LL**                                                    Case No.
_____                              _____
                    Debtor                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**       (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>   Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re: **Homesteads Community at Newtown, LL**                                           Case No. _____
_____
                    Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) ➤ | $0.00 |
| Total (Use only on last page of the completed Schedule E.) ➤ | $0.00 |

(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) - (9/97)

In re:  **Homesteads Community at**
**Newtown, LL**   Debtor
Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alfred Chiulli & Sons, Inc.<br>45 Evans Rd.<br>Rocky Hill CT 06067<br><br>Alfred Chiulli<br>45 Evans Rd.<br>Rocky Hill, CT 06067 | | | 6/12/00<br><br>Contractor Services | | | X | 191,389.50 |
| ACCOUNT NO.<br><br>Andrews Construction Company, Inc.<br>5 Eversley Avenue<br>Norwalk, CT 06851<br><br>Robert Genuario Esq.<br>Genuario & Conover<br>94 East Ave., P.O. Box 2044<br>Norwalk, CT 06852 | | | 8/1/00<br><br>Claim for Construction Services | | | X | 561,941.00 |
| ACCOUNT NO.<br><br>Connecticut Business Credit Inc.<br>1110 Boston Post Rd.<br>Guilford, CT 06437<br><br>Kevin Tierney<br>1110 Boston Post Rd.<br>Guilford, CT 06437 | | | 10/1/00<br><br>Claim for Services Looking for More Debt | | | X | 94,000.00 |

_2_  Continuation sheets attached

Subtotal ►

Total ►   $847,330.50

FORM B6F - Cont.
(10/89)

In re: **Homesteads Community at**
**Newtown, LL**    Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Konover Construction Company<br>16 Munson Road<br>Farmington, CT 06032<br><br>Marybeth McPadden, Esq.<br>Shipman & Goodwin<br>300 Atlantic Street<br>Stamford CT 06901<br><br>Robert Dunn<br>Konover Construction<br>16 Munson Road<br>Farmington, CT06032 | | | Unjust Enrichment Claim | | X | X | Unknown |
| ACCOUNT NO<br><br>Lamar Corp.<br>1050 Broad Street<br>Suite 403<br>Bridgeport, CT 06604<br><br>Catherine H. Freeman<br>855 Main Street<br>Bridgeport, CT 06604 | | | Claim for Advertising Services Reduced to Judgment | | | | 24,585.40 |
| ACCOUNT NO<br><br>Milone & MacBroom Inc.<br>716 South Street<br>Cheshire, CT 06410<br><br>Thomas Sansone, Esq.<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950 | | | 6/10/96<br><br>Surveying | | | X | 17,904.51 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$42,489.91** |

FORM B6F - Cont.
(10/89)

In re:  **Homesteads Community at** _____          Case No. _____
**Newtown, LL**   Debtor                                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>R. Mathison Floors LLC<br>133 South Main Street<br>Newtown, CT 06470 | | | 3/6/00<br><br>Flooring in Condos | | | X | 9,000.00 |
| ACCOUNT NO.<br><br>SNET Co.<br>310 Orange Street<br>New Haven, CT 06510<br><br>Richard Callahan<br>45 Court Street<br>New Haven, CT 06511 | | | Claim for Advertising Services Reduced to Judgment | | | | 29,961.37 |
| ACCOUNT NO.<br><br>W. Parker Seeley<br>W. Parker Seeley, Jr. & Assoc P.C.<br>3695 Post Road<br>Southington, CT 06490 | | | Legal Services | X | X | | 0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤       | **$38,961.37** |
(Total of this page)

Total ➤          | **$928,781.78** |
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

**Patrick W. Boatman   ct05336**
**Boatman, Boscarino, Grasso & Twachtman**
**628 Hebron Avenue, Building 3**
**Glastonbury, CT 06033**

**860-659-5657**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re:
Debtor:  **Homesteads Community at Newtown, LL**
Social Security Number:  **06-1558130**

Case No:

Chapter  **11**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **1. Alfred Chiulli & Sons, Inc.**<br>**45 Evans Rd.**<br>**Rocky Hill CT 06067** | **Unsecured Claims** | **$ 191,389.50** |
| **2. Allstate Interiors Inc.**<br>**1195 Route 208**<br>**Monroe, NY 10950** | **Secured Claims** | **$ 68,544.50** |
| **3. Andrews Construction Company, Inc.**<br>**5 Eversley Avenue**<br>**Norwalk, CT 06851** | **Unsecured Claims** | **$ 561,941.00** |
| **4. Connecticut Business Credit Inc.**<br>**1110 Boston Post Rd.**<br>**Guilford, CT 06437** | **Unsecured Claims** | **$ 94,000.00** |
| **5. Connecticut Business Credit Inc.**<br>**388 East Main Street**<br>**Branford, CT 06405** | **Secured Claims** | **$ 110,000.00** |

In re:   Homesteads Community at Newtown, LL

Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Greenwich Insurance Company**<br>96 Cummings Point Road<br>Stamford, CT 06902 | Secured Claims | $1,400,000.00 |
| 7. | **Konover Construction Company**<br>16 Munson Road<br>Farmington, CT 06032 | Unsecured Claims | $    0.00 |
| 8. | **Konover Construction Corporation**<br>16 Munson Road<br>Farmington, CT 06032 | Secured Claims | $1,290,606.00 |
| 9. | **Lamar Corp.**<br>1050 Broad Street<br>Suite 403<br>Bridgeport, CT 06604 | Unsecured Claims | $ 24,585.40 |
| 10. | **Milone & MacBroom Inc.**<br>716 South Main Street<br>Cheshire, CT 06410 | Secured Claims | $ 17,904.51 |
| 11. | **Milone & MacBroom Inc.**<br>716 South Street<br>Cheshire, CT 06410 | Unsecured Claims | $ 17,904.51 |
| 12. | **New Haven Mortgage Refinance LLC**<br>1621 State Street<br>New Haven, CT 06511 | Secured Claims | $5,322,042.00 |
| 13. | **R. Mathison Floors LLC**<br>133 South Main Street<br>Newtown, CT 06470 | Unsecured Claims | $ 9,000.00 |
| 14. | **SNET Co.**<br>310 Orange Street<br>New Haven, CT 06510 | Unsecured Claims | $ 29,961.37 |

In re:   **Homesteads Community at Newtown, LL**   Case No. _____

| | | | |
|---|---|---|---|
| 15. | **United Water Connecticut Inc.**<br>**110 Kent Road**<br>**New Milford, CT 06776** | **Secured Claims** | **$ 194,567.59** |
| 16. | **W. Parker Seeley**<br>**W. Parker Seeley, Jr. & Assoc P.C.**<br>**3695 Post Road**<br>**Southington, CT 06490** | **Unsecured Claims** | **$   0.00** |

In re:   **Homesteads Community at Newtown, LL**                          Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Homesteads Community at Newtown, LL**, named as debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature:   _Linda K Silberstein_
Homesteads Community at Newtown, LL

Dated:   _2-2-04_

Form B6G
(10/89)

In re: **Homesteads Community at Newtown,**
        LL                                                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **Homesteads Community at Newtown,**          ,  Case No. _____
     **LL**   Debtor                                              **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6
(6/90)

# United States Bankruptcy Court
# District of Connecticut

In re  **Homesteads Community at Newtown, LL**

Case No.

Chapter  **11**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $  4,275,000.00 | | |
| B - Personal Property | YES | 3 | $  0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $  8,403,664.60 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $  928,781.78 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of sheets in ALL Schedules ➢ | | 13 | | | |
| Total Assets ➢ | | | $  4,275,000.00 | | |
| Total Liabilities ➢ | | | | $  9,332,446.38 | |

In re:   **Homesteads Community at Newtown, L**
         **06-1558130**                                                    Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation/partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date  2-2-04                          Signature   *Linda K Silberstein*

                                                  **Linda Silberstein**
                                                  **Member**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re: **Homesteads Community at Newtown, LL**
**06-1558130**

Case No.

Chapter  **11**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Linda K. Silberstein<br>497 Three Corners Road<br>Guilford, CT 06437 | Sole Membe | | |

## UNITED STATES BANKRUPTCY COURT

### District of Connecticut

In re:  **Homesteads Community at Newtown, LL**

**06-1558130**

Case No.

Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | | |

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | | |

## 3. Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See list.** | | | |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
|      |      |      |      |      |

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|------|
|      |      |

## 19. Books, records and financial statements

None
☑

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
|      |      |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
|      |      |

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑

| NAME | ADDRESS |
|------|------|
|      |      |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
|      |      |

## 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None
☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Linda K. Silberstein 497 Three Corners Road Guilford, CT 06437** | **Sole Member** | |

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22.  Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  2-2-04          Signature  *Linda K Silberstein*

**Linda Silberstein, Member**
_____
*Print Name and Title*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT

## District of Connecticut

In re:    **Homesteads Community at Newtown, LL**              Case No.

                                                              Chapter    **11**

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):





Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notice   Case Look up

## Party Name search results as of 1/30/2004

| Party Name | Case Name | Docket No. | Court Location | Pty No. | Pltf/ Def | Pro Se |
|------------|-----------|-----------|----------------|---------|-----------|--------|
| HOMESTEADS COMMUNITY AT NEWTOWN | CT. BUSINESS CREDIT V. SILBERSTEIN,MORTON | CV-02-0461953-S | New Haven | 52 | D | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | NUEVO PUEBLO LLC V. OWEN,NICHOLAS E.II | CV-01-0343192-S | Danbury | 02 | P | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | CONNECTICUT BUSINESS V. HOMESTEADS AT NEWTOW | CV-01-0343193-S | Danbury | 51 | D | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | LAMAR COPR LLC DBA V. HOMESTEADS COMMUNITY | CV-01-0387439-S | Bridgeport | 50 | D | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | HAUMANN,RICHARD V. HOMESTEADS | CV-01-0511785-S | New Britain | 51 | D | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | ALLSTATE INTERIORS V. HOMESTEADS COMMUNITY | CV-03-0193244-S | Stamford | 50 | D | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | NEW HAVEN SAVINGS BA V. HOMESTEADS COMMUNITY | CV-03-0193245-S | Stamford | 50 | D | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | KONOVER CONSTRUCTION V. HOMESTEADS AT NEWTOW | CV-03-0193248-S | Stamford | 51 | D | |
| HOMESTEADS COMMUNITY AT NEWTOWN LLC | S.N.E.T. CO. V. NUEVO PUEBLO,LLC | CV-03-0478788-S | New Haven | 52 | D | |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2003, State of Connecticut Judicial Branch

Homesteads Community at Newtown, LL
497 Three Corners Road
Guilford, CT 06437

Patrick W. Boatman
Boatman, Boscarino, Grasso & Twacht
628 Hebron Avenue, Building 3
Glastonbury, CT 06033

Alfred Chiulli
45 Evans Rd.
Rocky Hill, CT 06067

Alfred Chiulli & Sons, Inc.
45 Evans Rd.
Rocky Hill CT 06067

Allstate Interiors Inc.
1195 Route 208
Monroe, NY 10950

Andrews Construction Company, Inc.
5 Eversley Avenue
Norwalk, CT 06851

Catherine H. Freeman
855 Main Street
Bridgeport, CT 06604

Connecticut Business Credit Inc.
388 East Main Street
Branford, CT 06405

Connecticut Business Credit Inc.
1110 Boston Post Rd.
Guilford, CT 06437

Greenwich Insurance Company
96 Cummings Point Road
Stamford, CT 06902


Konover Construction Company
16 Munson Road
Farmington, CT 06032


Konover Construction Corporation
16 Munson Road
Farmington, CT 06032


Lamar Corp.
1050 Broad Street
Suite 403
Bridgeport, CT 06604


Linda K. Silberstein
497 Three Corners Road
Guilford, CT 06437


Milone & MacBroom Inc.
716 South Main Street
Cheshire, CT 06410


Milone & MacBroom Inc.
716 South Street
Cheshire, CT 06410


New Haven Mortgage Refinance LLC
1621 State Street
New Haven, CT 06511


R. Mathison Floors LLC
133 South Main Street
Newtown, CT 06470

Richard Callahan
45 Court Street
New Haven, CT 06511


SNET Co.
310 Orange Street
New Haven, CT 06510


U.S. Trustee
One Century Tower
265 Church St., STE 1103
New Haven, CT 06516


United Water Connecticut Inc.
110 Kent Road
New Milford, CT 06776


W. Parker Seeley
W. Parker Seeley, Jr. & Assoc P.C.
3695 Post Road
Southington, CT 06490

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In re:    **Homesteads Community at Newtown, LL**

**06-1558130**

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 3 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _2-2-04_

Signed: _____
**Patrick W. Boatman**

Bar No.    **ct05336**

Signed: _Linda K Silberstein_

**Linda Silberstein, Member**

## CREDITOR MATRIX

Homesteads Community at Newtown, LLC
497 Three Corners Road
Guilford, CT 06437

Patrick W. Boatman
Boatman, Boscarino, Grasso & Twacht
628 Hebron Avenue, Building 3
Glastonbury, CT 06033

Alfred Chiulli
45 Evans Rd.
Rocky Hill, CT 06067

Alfred Chiulli & Sons, Inc.
45 Evans Rd.
Rocky Hill CT 06067

Allstate Interiors Inc.
1195 Route 208
Monroe, NY 10950

Andrews Construction Company, Inc.
5 Eversley Avenue
Norwalk, CT 06851

Catherine H. Freeman
855 Main Street
Bridgeport, CT 06604

Connecticut Business Credit Inc.
388 East Main Street
Branford, CT 06405

Connecticut Business Credit Inc.
1110 Boston Post Rd.
Guilford, CT 06437

Greenwich Insurance Company
96 Cummings Point Road
Stamford, CT 06902

Konover Construction Company
16 Munson Road
Farmington, CT 06032

Konover Construction Corporation
16 Munson Road
Farmington, CT 06032

Lamar Corp.
1050 Broad Street
Suite 403
Bridgeport, CT 06604

Linda K. Silberstein
497 Three Corners Road
Guilford, CT 06437

Milone & MacBroom Inc.
716 South Main Street
Cheshire, CT 06410

Milone & MacBroom Inc.
716 South Street
Cheshire, CT 06410

New Haven Mortgage Refinance LLC
1621 State Street
New Haven, CT 06511

R. Mathison Floors LLC
133 South Main Street
Newtown, CT 06470

Richard Callahan
45 Court Street
New Haven, CT 06511

SNET Co.
310 Orange Street
New Haven, CT 06510

U.S. Trustee
One Century Tower
265 Church St., STE 1103
New Haven, CT 06516

United Water Connecticut Inc.
110 Kent Road
New Milford, CT 06776

W. Parker Seeley
W. Parker Seeley, Jr. & Assoc P.C.
3695 Post Road
Southington, CT 06490

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **HOMESTEADS COMMUNITY** | : | |
| **AT NEWTOWN, LLC** | : | **CHAPTER 11** |
| **DEBTOR** | : | **BANKRUPTCY CASE NO.** |
| | : | |
| | : | **FEBRUARY 2, 2004** |

**LOCAL BANKRUPTCY RULE 1007-1(c)**
**STATEMENT AND DESCRIPTION OF ASSETS, LOCATION AND THE EXTENT TO**
**WHICH THEY ARE SUBJECT TO LIENS OR OTHER INTERESTS**

The Debtor, The Homesteads Community at Newtown, LLC, hereby makes the following statement pursuant to Local Bankruptcy Rule 1007-1(c):

**Assets**

The Debtor's sole assets comprises 50.9 acres of land located at 12 Pocono Road, Newtown, Connecticut, together with certain improvements thereon.

**Liens or Other Interests**

At present, there are mortgages and mechanic's liens outstanding against the property in excess of its last appraised value. The Debtor disputes all liens, either as to validity or the amount secured.

Dated at Glastonbury, Connecticut, this 2nd day of February, 2004.

                    DEBTOR,
                    THE HOMESTEADS COMMUNITY AT
                    NEWTOWN, LLC

                    By _Linda K Silberstein_
                       Linda K. Silberstein
                       Its Sole Member